Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 19−33667−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Houn H. Williams  
   20 Longwood Drive  
   Burlington, NJ 08016

Social Security No.:  
   xxx−xx−3327

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 9, 2020.

On May 19, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:         July 1, 2020  
Time:        10:00 AM  
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 21, 2020  
JAN: pbf

                                                        Jeanne Naughton  
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-33667-CMG
Houn H. Williams                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: May 21, 2020
                              Form ID: 185           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2020.
```
db              +Houn H. Williams,    20 Longwood Drive,    Burlington, NJ 08016-3118
518631323       +Account Resolution Services,    P.O. Box 459079,    Sunrise, FL 33345-9079
518631324       +Apex Asset Management,    2501 Oregon Pike,    Suite 201,    Lancaster, PA 17601-4890
518716571        Emergency Physician Associate of South Jersey,    PO Box 1123,    Minneapolis MN 55440-1123
518631327        Emergency Physicians Services of S.J.,    P.O. Box 1123,    Minneapolis, MN 55440-1123
518631328       +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518631330       +NJR Clean Energy Ventures,    P.O. Box 1468,    Wall, NJ 07719-1468
518631332        Our Lady of Lourdes Medical Center,    Patient Financial Services,    P.O. Box 822099,
                  Philadelphia, PA 19182-2099
518631333        State of New Jersey,    Department of the Treasury,    Division of Taxation,    PO Box 283,
                  Trenton, NJ 08646-0283
518631334       +Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
518631335       +The Kelly Firm, P.C.,    1011 Highway 71,    Suite 200,    Spring Lake, NJ 07762-3232
518741271       +The Money Source Inc.,    500 South Broad Street Suite 100A,    Meriden, Connecticut 06450-6755
518631336        The Money Source, Inc.,    P.O. Box 650094,    Dallas, TX 75265-0094
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 21 2020 23:28:53      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2020 23:28:50      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518631326       +E-mail/Text: electronicbkydocs@nelnet.net May 21 2020 23:28:57
                  Department of Education/Nelnet,    121 S. 13th Street,    Suite 201,    Lincoln, NE 68508-1911
518700438       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 21 2020 23:42:15      Directv, LLC,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518698703        E-mail/Text: sbse.cio.bnc.mail@irs.gov May 21 2020 23:28:05      Internal Revenue Service,
                  P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518631325*      +Apex Asset Management,    2501 Oregon Pike,    Suite 201,    Lancaster, PA 17601-4890
518631329*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    PO Box 724,
                  Springfield, NJ 07081-0724)
518631331*      +NJR Clean Energy Ventures,    P.O. Box 1468,    Wall, NJ 07719-1468
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Money Source Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Houn H. Williams kfayette@kevinfayette.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```