| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on February 3, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Houn H. Williams<br><br><br>Debtor(s) | Case No.: 19-33667 / CMG<br>Hearing Date: 02/03/2021<br>Judge: Christine M. Gravelle<br>Chapter:  13 |

**ORDER REGARDING CHAPTER 13 STANDING
TRUSTEE'S MOTION TO DISMISS OR
CERTIFICATION OF DEFAULT**

The relief set forth on the following page is **ORDERED**.

**DATED: February 3, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $5,310.00 paid to date

- Debtor(s) shall remit a lump sum payment of $2,500.00 to the Trustee by 2/10/21

- Debtor(s) shall remit $1,366.00 per month to the Trustee for 47 months beginning 2/1/21

- Debtor to sign up for EWAGE within 60 days.

Plan section 3a.as to the State of New Jersey is stricken.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.